

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-86,087-13

### EX DAVID DURAN CORNETT, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 37241CR-A IN THE 443RD DISTRICT COURT FROM ELLIS COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of compelling prostitution and sentenced to twenty years' imprisonment as part of a greater plea bargain including twelve other offenses. The Applicant did not file a direct appeal. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other claims, that the trial court issued an improper cumulation (stacking) order in this case because the offenses were part of a single criminal episode which were pled together on the same day and in the same proceeding. The trial court has determined that the cumulation order was improper and recommends deleting the stacking order in this case.

However, a claim of an improper stacking order is not properly raised for the first time on

habeas. *Ex Parte Townsend*, 137 S.W.3d 79 (Tex. Crim. App. 2004) (holding that an illegal stacking claim was unavailable on habeas when it could have been raised on appeal). We deny relief.

Filed: January 12, 2022
Do not publish